UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EVER RECCORD, | ) | |
| | ) | No. 07 C 6147 |
| Plaintiff, | ) | |
| | ) | Judge HIBBLER |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, and Chicago Police | ) | Magistrate Judge VALDEZ |
| Officers c. Rojas, Star No. 14347, and | ) | |
| A. Kubik, Star No. 3171, Individually, | ) | |
| | ) | Jury Demand |
| Defendants, | ) | |

**DEFENDANT OFFICERS ROJAS' AND KUBIK'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Officers Arletta Kubik and Carlos Rojas ("Defendant Officers"), by one of their attorneys, Mary McCahill, Assistant Corporation Counsel of the City of Chicago, respectfully requests this Honorable Court to enlarge the time in which they may answer or otherwise plead to plaintiff's complaint, stating as follows:

(1)  The undersigned filed her Appearance for Defendant Officers on December 20, 2007.

(2)  This motion is defendant's first request for an extension of time to answer or otherwise plead.

(3)  No prejudice will result to plaintiff by the granting of this motion.

(4)  The undersigned has not yet been able to interview the police personnel necessary to answer or otherwise plead to the complaint herein.

(5)  The undersigned has contacted counsel for plaintiff who has agreed to the instant motion.

**WHEREFORE**, Defendant Officers Arletta Kubik and Carlos Rojas, request this Court to grant their motion for an extension of time to and including January 22, 2008, to answer or otherwise plead to the complaint.

Respectfully submitted,

/s/ Mary McCahill
MARY MCCAHILL
Assistant Corporation Counsel

30 NORTH LA SALLE ST.
SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-6404
ATTORNEY NO. 06277989