UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EVER RECCORD, | ) | |
| | ) | No. 07 C 6147 |
| Plaintiff, | ) | |
| | ) | Judge HIBBLER |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, and Chicago Police | ) | Magistrate Judge VALDEZ |
| Officers c. Rojas, Star No. 14347, and | ) | |
| A. Kubik, Star No. 3171, Individually, | ) | |
| | ) | Jury Demand |
| Defendants, | ) | |

**NOTICE OF MOTION**

To:   Garrett Browne
      Ed Fox & Associates
      300 W. Adams, Ste. 330
      Chicago, IL 60606

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States district Court for the Northern District of Illinois, Eastern Division, an **DEFENDANT OFFICERS ROJAS' AND KUBIK'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**.

    PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Hibbler, or before such other Judge sitting in his place or stead, on **January 9, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1225** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

    **DATED** at Chicago, Illinois December 20, 2007

                                                   Respectfully submitted,

                                                   /s/ Mary McCahill
                                                 MARY MCCAHILL
                                                 Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-6404
ATTORNEY NO. 06277989

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copies of the above and foregoing **NOTICE OF MOTION and** an **DEFENDANT OFFICERS ROJAS' AND KUBIK'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD** will be electronically sent to the person named in the foregoing Notice, at the address therein stated, on December 20, 2007.

Garrett Browne
Ed Fox & Associates
300 W. Adams, Ste. 330
Chicago, IL 60606

/s/ Mary McCahill
MARY MCCAHILL