# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6147 | **DATE** | 1/9/2008 |
| **CASE TITLE** | Record vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Defendant Officers Rojas' and Kubik's agreed motion to enlarge time until 1/22/08 to answer or otherwise plead is granted. Status hearing to set discovery schedule set for 2/6/08 at 9:30 a.m. Parties to submit proposed joint discovery schedule to the Court by 2/4/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|