# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ever Reccord
                    Plaintiff,

v.                                         Case No.: 1:07−cv−06147
                                         Honorable William J. Hibbler

City Of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 6, 2008:

      MINUTE entry before Judge William J. Hibbler :Status hearing held on 2/6/2008. Plaintiff and defendants are given to and including 2/29/2008 to amend all pleadings and to 2/29/2008 to add any additional parties. Discovery ordered closed by 6/5/2008. Plaintiff is to disclose its expert by 6/5/2008. The deposition of plaintiff's expert is to be deposed by 6/5/2008. Dispositive motions with supporting memoranda due by 7/7/2008. Status hearing set for 3/27/2008 at 9:30 AM.Mailed notice.(tlp,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.