## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Ever Reccord
                        Plaintiff,

v.                                        Case No.: 1:07−cv−06147
                                               Honorable William J. Hibbler

City Of Chicago, et al.
                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

      MINUTE entry before Judge William J. Hibbler :The minute order of 2/6/2008, document #11, is amended to reflect: Plaintiff is to disclose its expert by 5/5/2008. All other aspects to remain the same.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.