IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EVER RECCORD, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 07 C 6147 |
| CITY OF CHICAGO, CHICAGO POLICE OFFICER C. ROJAS (STAR # 14347) and CHICAGO POLICE OFFICER A. KUBIK (STAR #3171), | ) ) ) ) ) | Judge William J. Hibbler<br><br>Magistrate Judge Maria Valdez |
| Defendants. | ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Garrett Browne
Attorney for plaintiff,
Ever Reccord
Ed Fox & Associates
300 W. Adams St., Suite 330
Chicago, IL 60606
(312) 345-8877
Attorney No. 6242592

DATE: 3/5/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Mary McCahill
Assistant Corporation Counsel
Attorney for defendants,
Carlos Rojas, Arletta Kubik and City of Chicago
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-6404
Attorney No. 6277989

Date: 3/24/08

07 C 6147