# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6147 | **DATE** | 3/26/2008 |
| **CASE TITLE** | EVER RECORD vs. CITY OF CHICAGO, et al. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Dismissal with prejudice and without costs and attorneys' fees. All pending dates and motions are terminated as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|