IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVER RECCORD, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CITY OF CHICAGO, CHICAGO POLICE )<br>OFFICER C. ROJAS (STAR # 14347) and )<br>CHICAGO POLICE OFFICER A. KUBIK )<br>(STAR #3171), )<br><br>Defendants. ) | No. 07 C 6147<br><br>Judge William J. Hibbler<br><br>Magistrate Judge Maria Valdez |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Ever Reccord, by one of her attorneys, Garrett Browne, and defendants, Carlos Rojas and Arletta Kubik, by their attorney, Mary McCahill, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Ever Reccord, against defendants, City of Chicago, Carlos Rojas and Arletta Kubik, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

| | |
|---|---|
| /s/ Mary McCahill<br>Mary McCahill<br>Assistant Corporation Counsel<br>30 North LaSalle Street<br>Suite 1400<br>Chicago, Illinois 60602<br>(312) 742-6404<br>Attorney No. 6277989 | ENTER: _____<br>The Honorable William J. Hibbler<br>United States District Judge<br><br>DATED: 3/26/08 |